**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 96-7030**

---

ANGELO LEWIS FORD-BEY,

Plaintiff - Appellant,

versus

DOCTOR FRY, Medical Physician; MRS. HANCOCK;
NURSE HARVALL; MRS. MOON; MRS. HOGGIN,

Defendants - Appellees.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  Robert R. Merhige, Jr, Senior District Judge. (CA-96-474-3)

---

Submitted:  November 19, 1996      Decided:  December 17, 1996

---

Before HAMILTON, WILLIAMS, and MICHAEL, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Angelo Lewis Ford-Bey, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals from a magistrate judge's order entered for payment of fees pursuant to the Prison Litigation Reform Act[*] and the district court's order dismissing his 42 U.S.C. § 1983 (1994) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm both orders on the reasoning of the district court. Ford-Bey v. Fry, No. CA-96-474-3 (E.D. Va. June 12 and 28, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process. We deny Appellant's motion for summary judgment.

AFFIRMED

---

[*] Pub. L. No. 104-134, 110 Stat. 1321 (1996).